**Opinion filed December 17, 2021**



In The

# Eleventh Court of Appeals

_____

## No. 11-21-00133-CV

_____

**ELIZABETH J. SIBLEY, AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF JANE DUNN SIBLEY, ET AL., Appellants**

**V.**

**ROBERT BECHTEL; W. BURGESS WADE; SARA BULLOCK MCINTOSH; DAN BULLOCK; AND DENNA MCGUIRE AND ROBERT MCGUIRE, AS INDEPENDENT CO-EXECUTORS OF THE ESTATE OF ALLEN MCGUIRE, Appellees**

### On Appeal from the 385th District Court
### Midland County, Texas
### Trial Court Cause No. CV57310

## M E M O R A N D U M   O P I N I O N

Appellants and the McGuire Appellees (Denna McGuire and Robert McGuire, as independent co-executors of the Estate of Allen McGuire) have filed in this court a joint motion for partial dismissal of this appeal. In the motion,

Appellants and the McGuire Appellees indicate that they have reached an agreement to compromise and settle the dispute between them in this matter. The Bullock Appellees (Sara Bullock McIntosh and Dan Bullock) indicate that they are not opposed to this court granting the motion for partial dismissal, and the remaining appellees (Robert Bechtel and W. Burgess Wade) have not filed a response in this court that would indicate that they are opposed to the motion for partial dismissal. Consequently, we are of the opinion that the motion for partial dismissal should be granted. *See* TEX. R. APP. P. 42.1(a)(1), (b).

Accordingly, we grant the motion for partial dismissal filed jointly by Appellants and the McGuire Appellees, and we dismiss this appeal in part. The portion of the appeal relating to the McGuire Appellees is dismissed. Appellants' appeal remains active with respect to the Bullock Appellees, Robert Bechtel, and W. Burgess Wade.

PER CURIAM

December 17, 2021

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.